# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| EUGENE WENDELKEN, on behalf of himself individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>HAFETZ AND ASSOCIATES LLC.<br><br>                Defendant. | Case No. 1:24-cv-07755-RMB-AMD<br><br>Judge Renee Marie Bumb<br><br>Magistrate Judge Ann Marie Donio |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, the Declaration of Raina Borrelli in Support of Plaintiffs' Unopposed Motion for Preliminary Approval and its exhibits thereto, and all prior pleadings and proceedings had herein, Plaintiff Eugene Wendelken, individually and on behalf of the putative class moves pursuant to Federal Rule of Civil Procedure 23 for and Order: (1) granting preliminary approval of the proposed Settlement; (2) preliminarily certifying a class for purposes of Settlement; (3) appointing Plaintiff as Class Representative; (4) appointing Raina C. Borrelli as Class Counsel; (5) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (6) directing that notice be given to the Settlement Class; (7) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service awards to Plaintiff; and (8) granting such other relief and further relief as the Court deems just and proper.

Dated: February 24, 2025					By: */s/ Patrick Howard*
							Patrick Howard (NJ Atty ID #02280-2001)
							**SALTZ MONGELUZZI & BENDESKY, P.C.**
							8000 Sagemore Drive, Suite 8303
							Marlton, NJ 08053
							Telephone: (215) 575-3895
							phoward@smbb.com

							Raina C. Borrelli (*pro hac vice*)
							**STRAUSS BORRELLI PLLC**
							One Magnificent Mile
							980 N Michigan Avenue, Suite 1610
							Chicago IL, 60611
							Telephone: (872) 263-1100
							Facsimile: (872) 263-1109
							raina@straussborrelli.com

							*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I certify that on February 24, 2025, I caused a true and correct copy of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, to be filed with the Court's ECF system and caused all counsel of record to be served via electronic mail.

*s/ Patrick Howard*
Patrick Howard